*Pd 50.00 #40044436*

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court | | Voluntary Petition |
|---|---|---|---|
| | Eastern    **District of**    Texas | | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Youngblood, Joshua, Lee | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>5663 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>201 E. Round Grove Rd. #2518<br>Lewisville<br>Texas 75067 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Denton | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>PO BOX 222,<br>Coppell<br>Texas 75019 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br><br>Not Applicable | Mark Weisbart         12/03/2004<br>                        1:45pm |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business     ☐ Business

**Filing Fee** (Check one box)

☐ Full Filing Fee attached

☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

04-44903

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                      FORM B1, Page 2

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): Youngblood, Joshua, Lee |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

917-690-3377
Telephone Number (If not represented by attorney)

10/15/04
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
_____Eastern_____ DISTRICT OF _____Texas_____

In re _Youngblood, Joshua, Lee_____,     Case No. _____
     Debtor     Chapter 7

Summary of Schedules

   Schedule A - Real Property
   Schedule B - Personal Property
   Schedule C - Property Claimed as Exempt
   Schedule D - Creditors Holding Secured Claims
   Schedule E - Creditors Holding Unsecured Priority Claims
   Schedule F - Creditors Holding Unsecured Nonpriority Claims
   Schedule G - Executory Contracts and Unexpired Leases
   Schedule H - Codebtors
   Schedule I - Current Income of Individual Debtor(s)
   Schedule J - Current Expenditures of Individual Debtor(s)
   Unsworn Declaration under Penalty of Perjury

Pbch706

Form B6-Cont.
(12/03)

In re _Youngblood, Joshua, Lee_____ ,                          Case No. _____
                    Debtor                                                          _____
                                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____30_____

(Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/18/04_____                          Signature: _____
                                                                                              Debtor

Date _____                 Signature: _____
                                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Not Applicable_____
Printed or Typed Name of Bankruptcy Petition Preparer                   Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                                        _____
   Signature of Bankruptcy Petition Preparer                                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;*
*18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Not Applicable_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.                    (Total shown on summary page plus 1.)

Date _____                 Signature: _____

                                                                    _____
                                                                    [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6-Cont.
(12/03)

# UNITED STATES BANKRUPTCY COURT
### Eastern         District of _____ Texas _____

In re Youngblood, Joshua, Lee _____,           Case No. _____
       **Debtor**                                                  **(If known)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 8-1 | $ 0.00 | | |
| B - Personal Property | Yes | 9-3 | $ 5,245.00 | | |
| C - Property Claimed as Exempt | Yes | 12-1 | | | |
| D - Creditors Holding Secured Claims | Yes | 13-1 | | $ 1,350.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 14-2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16-16 | | $ 70,180.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 32-1 | | | |
| H - Codebtors | Yes | 33-1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 34-1 | | | $ 3,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 35-2 | | | $ 2,975.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 29 | | | |
| Total Assets ➤ | | | $ 5,245.00 | | |
| Total Liabilities➤ | | | | $ 71,530.66 | |

FORM B6A
(12/03)

In re Youngblood, Joshua, Lee                    ,          Case No. _____
               **Debtor**                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total➤ | $0.00

(Report also on Summary of Schedules.)

FORM B6B
(12/03)

In re  Youngblood, Joshua, Lee _____,        Case No. _____
                    Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | "Personal Checking Account" at First Convenience Bank; "Personal Saving Account" at ING Direct | H | $430.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | "19 inch TV, DVD, VCR and TV Stand" at Residence; "Kitchen utensils. small appliances,glasses and plates,pots and pans" | H | $495.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | "Books" at Residence | H | $50.00 |
| 6. Wearing apparel. | | "Clothing and shoes" at Residence | H | $200.00 |
| 7. Furs and jewelry. | | "Watches" at Residence | H | $45.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B6B-Cont.
(12/03)

In re _Youngblood, Joshua, Lee_____,          Case No. _____
                 **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B-cont.
(10/89)

In re Youngblood, Joshua, Lee                         ,
                    **Debtor**

Case No. _____
                              **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | "1998 Toyota Camry" at Residence | H | $4,025.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached        Total➤   $ 5,245.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(12/03)

In re  Youngblood, Joshua, Lee _____ ,          Case No. _____
                **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 19 inch TV, DVD, VCR and | 11 USC §522(d)(3) | $120.00 | $120.00 |
| Kitchen utensils. small | 11 USC §522(d)(3) | $80.00 | $80.00 |
| 1998 Toyota Camry | 11 USC §522(d)(2) | $2,775.00 | $4,025.00 |
| Watches | 11 USC §522(d)(4) | $45.00 | $45.00 |
| Clothing and shoes | 11 USC §522(d)(5) | $200.00 | $200.00 |
| Books | 11 USC §522(d)(6) | $50.00 | $50.00 |
| Bed, nightstand and lamps | 11 USC §522(d)(3) | $100.00 | $100.00 |
| Desk, Chair and Bookcase | 11 USC §522(d)(3) | $95.00 | $95.00 |
| Leather Couch | 11 USC §522(d)(3) | $100.00 | $100.00 |
| Personal Checking Account | 11 USC §522(d)(5) | $400.00 | $400.00 |
| Personal Saving Account | 11 USC §522(d)(5) | $30.00 | $30.00 |

FORM B6D
(12/03)

In re ___Youngblood, Joshua, Lee_____,                   Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim , place an 'X" in the column labeled 'Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an 'H,'W,'J;" orC°" in the column labeled 'Husband, W ife, Joint, or Com munity."

If the claim is contingent, place an "X" in the column labeled 'Contingent." If the claim is unliquidated, place an " X" in thecolumn labeled Unliquidated." If the claim is disputed, place an X'In the colum n labeled 'Disputed." (You may need to place an "X" in me than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "total'on the last sheet of the comp leted schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAM AND MAILING ADDRESS INCLUDING ZP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIMWAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Joshua Youngblood<br><br>Mitch and Geri Carter<br>P.O. Box 788<br>Pittsburg<br>Texas 75686 | No | H | January 1, 2004<br><br>VALUE $ 4,025.00 | No | No | No | $1,200.00 | |
| ACCOUNT NO. 72216201<br><br>North East Texas CU<br>P.O. Box 1480<br>Lone Star<br>Texas 75668 | No | | July 1, 1998<br><br>VALUE $ 0.00 | No | No | No | $150.00 | |
| ACCOUNT NO.<br><br> | | | VALUE $0.00 | | | | | |
| ACCOUNT NO.<br><br> | | | VALUE $0.00 | | | | | |

_____continuation sheets attached

Subtotal➤
(Total of this page)     $ 1,350.00

Total➤
(Use only on last page)     $ 1,350.00

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re _Youngblood, Joshua, Lee_____,          Case No._____
                        Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
12/03)

In re _Youngblood, Joshua, Lee_____ ,                 Case No._____
                  Debtor                                              (if known)

□ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

□ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

□ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

FORM B6F (Official Form 6F) (12/03)

Case No. _____
                                    (If known)

In re __Youngblood, Joshua, Lee_____,
                        Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4635756631 | | | | | | | |
| ACS/CLC College Loan 501 Bleekker St. Utica New York 13501 | No | | personal September 1, 2003 | No | No | No | $920.00 |
| ACCOUNT NO. 96226824421 | | | | | | | |
| AEP SWEPCO PO BOX 24404 Canton Ohio 44701-4404 | No | | personal March 1, 2001 | No | No | No | $917.66 |
| ACCOUNT NO. 006027398-02 | | | | | | | |
| AFNI-Bloom P.O. Box 3427 Bloomington Illinois 61702 | No | | personal December 1, 2003 | No | No | No | $1,168.00 |
| ACCOUNT NO. AMB40047362 | | | | | | | |
| American Southwest Insurance Mgrs. Inc. PO BOX 701749 Dallas Texas 75370-1749 | No | | personal June 1, 2004 | No | No | No | $250.00 |
| | | | | | | Subtotal | $ 3,255.66 |
| | | | | | | Total | $ |

__15__ continuation sheets attached

(Report also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re   Youngblood, Joshua, Lee_____ ,         Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 260374-1 APS P.O. Box 705 Jenkintown Pennsylvania 19046 | No | | personal July 20, 2004 | No | No | No | $750.39 |
| ACCOUNT NO. 18674219 Arrow Financial 5996 W. Touhy Ave. Niles Illinois 60714 | No | | personal April 1, 2003 | No | No | No | $339.00 |
| ACCOUNT NO. 229000001273 ATT Wireless 3201 Qual Spring Pkwy St. Oklahoma City Oklahoma 73134 | No | | personal March 1, 2000 | No | No | No | $724.00 |
| ACCOUNT NO. 4361452500561046 Attention LLC-OTH P.O. Box 2408 Sherman Texas 75091-2408 | No | | personal April 30, 2004 | No | No | No | $1,495.17 |
| ACCOUNT NO. 583139 AWA Collection P.O. Box 6605 Orange California 92863 | No | | personal January 1, 2004 | No | No | No | $558.00 |

Sheet no. _1_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 3,866.56

Total $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re  Youngblood, Joshua, Lee _____ ,          Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 463575663<br><br>Bankruptcy First Law Firm<br>PO BOX 2617<br>St. George<br>Utah 84770 | No | | personal<br><br>September 17, 2004 | No | No | No | $600.00 |
| ACCOUNT NO. 050915012489170514200<br><br>Blockbuster-91501<br>2200 Airport Fwy<br>Suite 470<br>Bedford<br>Texas 76022-6048 | No | | personal<br><br>June 2, 2004 | No | No | No | $42.00 |
| ACCOUNT NO.<br><br>Budget Living<br>P.O. Box 50048<br>Boulder<br>Colorado 80322-0048 | No | | personal<br><br>March 2, 2004 | No | No | No | $14.95 |
| ACCOUNT NO. 25716082<br><br>CBCS/MCI Communications<br>236 E. Town St.<br>Columbus<br>Ohio 43215 | No | | personal<br><br>July 1, 2002 | No | No | No | $229.00 |
| ACCOUNT NO. 55223150<br><br>CBE Group<br>131 Towe Park Dr. Ste. 1<br>Waterloo<br>Iowa 50702 | No | | personal<br><br>April 1, 2004 | No | No | No | $357.00 |

Sheet no. _2_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 1,242.95

Total (Use only on last page of the completed Schedule E.)  $

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

Case No. _____
(If known)

In re __Youngblood, Joshua, Lee_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1125133106 CCB P.O. Box 5010 Rm.1242 Concord California 94524 | No | | personal October 1, 1999 | No | No | No | $109.00 |
| ACCOUNT NO. 1125133106 Chevron Credit PO BOX 2001 Concord California 94529-0001 | No | | personal October 1, 1999 | No | No | No | $109.00 |
| ACCOUNT NO. 198773/300424 CNACTX106 2300 W. Ferguson Rd. Mt. Pleasant Texas 75455 | No | | personal October 1, 2001 | No | No | No | $5,007.00 |
| ACCOUNT NO. 8493130211092780 Comcast PO BOX 650210 Dallas Texas 75265-0210 | No | | personal | No | No | No | $409.85 |
| ACCOUNT NO. 451 Compucredit 4190 Harrison Ave. Cincinnati Ohio 45211 | No | | personal August 1, 1999 | No | No | No | $229.00 |

Sheet no. _3_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,863.85

Total $ _____
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re   Youngblood, Joshua, Lee_____,
             Debtor

Case No. _____
                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 664812 <br><br> Consultants in Radiology, P.A. <br> 1101 Sixth Avenue <br> Fort Worth <br> Texas 76104-4377 | No | | personal <br><br> August 16, 2004 | No | No | No | $85.00 |
| ACCOUNT NO. 463575663 <br><br> Coppell Emergency Care Center <br> 651 N. Denton Tap Road <br> Suite 150 <br> Coppell <br> Texas 75019 | No | | personal <br><br> March 1, 2004 | No | No | No | $300.00 |
| ACCOUNT NO. 07012059093 <br><br> Credit Collection Services <br> Two Wells Avenue <br> Newton <br> Massachusetts 02459 | No | | personal <br><br> June 1, 2004 | No | No | No | $139.50 |
| ACCOUNT NO. 9898566508 <br><br> Credit Protection Assoc / Hollywood Video <br> 1355 Noel Road <br> Ste 2100 <br> Dallas <br> Texas 75240 | No | | personal <br><br> November 1, 2003 | No | No | No | $87.00 |
| ACCOUNT NO. 639897298/989856508 <br><br> Credit Protections Assoc. <br> 1355 Noel Rd. <br> Dallas <br> Texas 75240 | No | | personal <br><br> January 1, 2002 | No | No | No | $247.00 |

Sheet no. _4_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 858.50

Total $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re   Youngblood, Joshua, Lee_____ ,
                    **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13578283<br><br>CSS, Inc.<br>23220 Chagrin Blvd.<br>Ste 400<br>Cleveland<br>Ohio 44122 | No | | personal<br><br>June 4, 2004 | No | No | No | $43.89 |
| ACCOUNT NO. S00112377940<br><br>DB RMS<br>P.O. Box 523<br>Richfield<br>Ohio 44286 | No | | personal<br><br>December 3, 2003 | No | No | No | $185.00 |
| ACCOUNT NO. 248282980<br><br>DB RMS<br>PO BOX 12850<br>Tuscon<br>Arizona 85732-2850 | No | | personal<br><br>May 6, 2004 | No | No | No | $65.85 |
| ACCOUNT NO. 3654415<br><br>ETMC Pittsburg<br>414 Quitman St.<br>Pittsburg<br>Texas 75686 | No | | personal<br><br>December 2, 2004 | No | No | No | $75.00 |
| ACCOUNT NO. 6093195360048<br><br>First Choice Power<br>PO BOX 901088<br>Fort Worth<br>Texas 76101-2088 | No | | personal<br><br>December 1, 2002 | No | No | No | $1,266.39 |

Sheet no. _5_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 1,636.13

Total    $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

Case No. _____
                                              (If known)

In re __Youngblood, Joshua, Lee_____,
                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 444796012198 <br><br> First National Bank Marin <br> P.O. Box 98875 <br> Las Vegas <br> Nevada 89193 | No | | personal <br><br> October 1, 2003 | No | No | No | $654.00 |
| ACCOUNT NO. 00502701 <br><br> GMAC <br> P.O. Box 83 <br> Garden City <br> New York 11530 | No | | personal <br><br> February 1, 2000 | No | No | No | $150.00 |
| ACCOUNT NO. 00502701 <br><br> GMAC <br> PO BOX 83 <br> Garden City <br> New York 11530 | No | | personal <br><br> February 13, 1999 | No | No | No | $7,880.00 |
| ACCOUNT NO. 3956RGX <br><br> Greenmountain Energy <br> PO BOX 42349 <br> AUSTIN <br> Texas 78704 | No | | personal <br><br> July 11, 2004 | No | No | No | $675.00 |
| ACCOUNT NO. 12007258 <br><br> Guaranty Bank <br> P.O. Box 1158 <br> Mt. Pleasant <br> Texas 75455 | No | | personal <br><br> December 1, 2001 | No | No | No | $844.00 |

Sheet no. _6_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 10,203.00
(Total of this page)

Total $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re  Youngblood, Joshua, Lee_____ ,
                    Debtor

Case No. _____
                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 463575663 Harris Methodist H.E.B. 6000 Western Place Suite 540 Fort Worth Texas 76107-4660 | No | | personal July 1, 2004 | No | No | No | $872.00 |
| ACCOUNT NO. 463575663 Hibernia National Bank DDA Recovery PO BOX 61077 New Orleans Louisiana 70161 | No | | personal September 5, 2001 | No | No | No | $129.46 |
| ACCOUNT NO. CS0607 Hooper and David/ Echo Publishing 114 N. Jefferson Mt. Pleasant Texas 75455 | No | | personal February 14, 2002 | No | No | No | $524.36 |
| ACCOUNT NO. Insurance Solutions 919 N. Greer Blvd. Pittsburg Texas 75686 | No | | personal July 2, 2003 | No | No | No | $600.00 |
| ACCOUNT NO. 463575663 Internal Revenue Service Austin Texas 73301-0002 | No | | personal April 15, 2002 | No | No | No | $7,500.00 |

Sheet no. _7_ of _15_sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | $ 9,625.82
(Total of this page)
Total | $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re ___Youngblood, Joshua, Lee_____,                    Case No. _____
                           Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3-00424<br><br>Jbbyrider<br>2300 W. Ferguson Rd.<br>Mt. Pleasant<br>Texas 75455 | No | | personal<br><br>October 2, 2001 | No | No | No | $1,956.00 |
| ACCOUNT NO. CS0831<br><br>Keen Systems, LP<br>2300 W. Ferguson Rd.<br>Mt. Pleasant<br>Texas 75455 | No | | personal<br><br>April 10, 2003 | No | No | No | $4,999.99 |
| ACCOUNT NO. 19155480915<br><br>Leasecomm Corp.<br>950 Winter St.<br>Waltham<br>Massachusetts 02451 | No | | personal<br><br>September 1, 1999 | No | No | No | $3,629.00 |
| ACCOUNT NO. 1082<br><br>Marlin Int./ COMPUSA<br>P.O. Box 8529<br>Philadelphia<br>Pennsylvania 19101 | No | | personal<br><br>July 1, 2004 | No | No | No | $45.00 |
| ACCOUNT NO. 31241/32900<br><br>Medical Payment Data<br>P.O. Box 1480<br>Lone Star<br>Texas 75668 | No | | personal<br><br>June 1, 2003 | No | No | No | $250.00 |

Sheet no. _8_ of _15_sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ 10,879.99

Total   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re ___Youngblood, Joshua, Lee_____ ,
                    **Debtor**

Case No. _____
                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4761025 <br><br> Metro Communication Systems, Inc. <br> PO BOX 1267 <br> Grapevine <br> Texas 76099 | No | | personal <br><br> June 6, 2004 | No | No | No | $55.05 |
| ACCOUNT NO. Joshua Youngblood <br><br> Mitch and Geri Carter <br> P.O. Box 788 <br> Pittsburg <br> Texas 75656 | No | | personal <br><br> February 1, 2004 | No | No | No | $1,650.00 |
| ACCOUNT NO. 463575663 <br><br> National Cash Advance <br> 2419 Kirkwood Hwy <br> Wilmington <br> Delaware 19805 | No | | personal <br><br> March 5, 2004 | No | No | No | $390.00 |
| ACCOUNT NO. 2933262 <br><br> NCO Financial <br> 515 Pennsylvania Ave. <br> Fort Washington <br> Pennsylvania 19034 | No | | personal <br><br> October 1, 2000 | No | No | No | $136.00 |
| ACCOUNT NO. 30081764 <br><br> NCO Financial Systems, Inc. <br> PO BOX 41417 <br> DEPT 99 <br> Philadelphia <br> Pennsylvania 19101 | No | | personal <br><br> December 14, 2002 | No | No | No | $204.00 |
| | | | | | Subtotal <br> (Total of this page) | | $ 2,435.05 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total    $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re __Youngblood, Joshua, Lee_____,
                    **Debtor**

Case No. _____
                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 58314 <br><br> NCO Financial/MCI <br> 507 Prudential Rd. <br> Horsham <br> Pennsylvania 19044 | No | | personal <br><br> January 1, 2002 | No | No | No | $128.00 |
| **ACCOUNT NO.** 28045901 <br><br> Nextcard/Global Acceptance <br> 5840 Interstate 20 W. Ste.250 <br> Arlington <br> Texas 76017 | No | | personal <br><br> July 1, 2004 | No | No | No | $1,507.00 |
| **ACCOUNT NO.** 0113818 <br><br> Northern Leasing Systems, Inc. <br> PO BOX 7861 <br> New York <br> New York 10116 | No | | personal <br><br> April 1, 2001 | No | No | No | $2,110.24 |
| **ACCOUNT NO.** <br><br> Northridge Apartments <br> 2104 Wilson Dr <br> Apt# 1005 <br> Mount Pleasant <br> Texas 75455 | No | | personal <br><br> March 5, 2002 | No | No | No | $400.00 |
| **ACCOUNT NO.** 00001106YW <br><br> OSI Collection Service, Inc. <br> PO BOX 6110 <br> Westerville <br> Ohio 43086-6110 | No | | personal <br><br> July 28, 2004 | No | No | No | $127.97 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 4,273.21

Total $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re __Youngblood, Joshua, Lee_____ ,          Case No. _____
              Debtor                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 395280<br><br>Palisade Collections/ATT<br>2425 Commerce Ave. Ste. 10<br>Duluth<br>Georgia 30096 | No | | personal<br><br>July 1, 2004 | No | No | No | $110.00 |
| ACCOUNT NO. 96708326895<br><br>Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg<br>Pennsylvania 17108-0988 | No | | personal<br><br>April 3, 2004 | No | No | No | $86.00 |
| ACCOUNT NO. 7768<br><br>Pittsburg Veterinary Clinic<br>203 N. Greer Blvd.<br>Pittsburg<br>Texas 75686 | No | | personal<br><br>September 2, 2002 | No | No | No | $288.34 |
| ACCOUNT NO. 903575012<br><br>Portfolio<br>120 Corporate Blvd. Ste.100<br>Norfolk<br>Virginia 23502 | No | | personal<br><br>July 1, 2004 | No | No | No | $786.00 |
| ACCOUNT NO. 2764619<br><br>Professional Recovery Consultants, Inc.<br>P.O. Box 51187<br>Durham<br>North Carolina 27717-1187 | No | | personal<br><br>May 31, 2004 | No | No | No | $491.20 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,761.54

Total
(Use only on last page of the completed Schedule E.) $

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re ___Youngblood, Joshua, Lee_____,          Case No. _____
              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0900572266 <br><br> Providian <br> P.O. Box 9007 <br> Pleasanton <br> California 94566 | No | | personal <br><br> October 1, 2000 | No | No | No | $967.00 |
| ACCOUNT NO. 2500561046 <br><br> Providian <br> P.O. Box 9007 <br> Pleasanton <br> California 94566 | No | | personal <br><br> September 1, 2000 | No | No | No | $932.00 |
| ACCOUNT NO. 463575663 <br><br> Quikpayday <br> 87 East 1400 North <br> Logan <br> Utah 84341 | No | | personal <br><br> November 1, 2003 | No | No | No | $1,100.00 |
| ACCOUNT NO. 1127415 <br><br> Risk Mgt. JXJR/ATT <br> 2675 Breckingridge Blvd. <br> Duluth <br> Georgia 30096 | No | | personal <br><br> August 1, 2003 | No | No | No | $629.00 |
| ACCOUNT NO. 3701022 <br><br> Risk Mgt./ Southwestern <br> 2675 Breckingridge Blvd. <br> Duluth <br> Georgia 30096 | No | | personal <br><br> January 1, 2004 | No | No | No | $918.00 |

Sheet no. __12_ of _15 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 4,546.00
(Total of this page)

Total $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont
(12/03)

In re __Youngblood, Joshua, Lee_____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1956543 <br><br> S and A Srv. of Watertown <br> 167 POL St. <br> Watertown <br> Massachusetts 13601 | No | | personal <br><br> February 1, 2003 | No | No | No | $932.00 |
| ACCOUNT NO. 1041610060 <br><br> Sarma <br> 1801 Broadway St. <br> San Antonio <br> Texas 78215 | No | | personal <br><br> June 1, 2004 | No | No | No | $107.00 |
| ACCOUNT NO. 2951150 <br><br> Schreiber and Assoc./Providian <br> 65 Flagship Dr. <br> North Andover <br> Massachusetts 01845 | No | | personal <br><br> May 1, 2003 | No | No | No | $1,574.00 |
| ACCOUNT NO. 52149168 <br><br> Southtrust Bank <br> PO BOX 2233 <br> Birmingham <br> Alabama 35201 | No | | personal <br><br> September 1, 2003 | No | No | No | $491.00 |
| ACCOUNT NO. CS0575 <br><br> Steele, Dee Nugent <br> P.O. Box 691 <br> Omaha <br> Texas 75571 | No | | personal <br><br> January 17, 2002 | No | No | No | $512.00 |

Sheet no. __13_ of __15_sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,616.00

Total
(Use only on last page of the completed Schedule E.) $

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re  Youngblood, Joshua, Lee                       ,                    Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 463575663<br><br>United Legal Corp.<br>9000 Regency Square Blvd.<br>Suite 1<br>Jacksonville<br>Florida 32211 | No | | personal<br><br>May 24, 2004 | No | No | No | $1,156.23 |
| ACCOUNT NO. 9001727803<br><br>University of Phoenix<br>4615 E. Elwood St. FL3<br>Phoenix<br>Arizona 85040 | No | | personal<br><br>August 1, 2003 | No | No | No | $731.00 |
| ACCOUNT NO. 18441939<br><br>USAA Federal Savings Bank<br>P.O. Box 659464<br>San Antonio<br>Texas 78265 | No | | personal<br><br>February 28, 2003 | No | No | No | $962.00 |
| ACCOUNT NO. 105647286464641208<br><br>Verizon<br>Receivables Management<br>1135 E. Chocolate Ave<br>Hershey<br>Pennsylvania 17033 | No | | personal<br><br>February 1, 2004 | No | No | No | $1,115.17 |
| ACCOUNT NO. 585637393748<br><br>WFNNB/ Bealls<br>P.O. Box 64<br>Jacksonville<br>Texas 75766 | No | | personal<br><br>October 1, 1999 | No | No | No | $442.00 |

Sheet no. __14_ of _15_sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 4,406.40

Total  $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(12/03)

In re __Youngblood, Joshua, Lee_____,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CS0681 <br><br> White, James Larry <br> RT. 9 Box 211 <br> Mt. Pleasant <br> Texas 75455 | No | | personal <br><br> July 11, 2002 | No | No | No | $397.00 |
| ACCOUNT NO. 4237046401/ 42307286901 <br><br> World Finance <br> 648 S. Jefferson <br> Mount Pleasant <br> Texas 75455 | No | | personal <br><br> April 1, 2001 | No | No | No | $643.00 |
| ACCOUNT NO. 42307272501 <br><br> World Finance Corp. <br> 134 W. Jefferson Blvd. <br> Dallas <br> Texas 75208 | No | | personal <br><br> October 1, 2001 | No | No | No | $670.00 |
| ACCOUNT NO. | | | personal | | | | |
| ACCOUNT NO. | | | personal | | | | |

Sheet no. __15_ of _15_sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,710.00

Total (Use only on last page of the completed Schedule E.) $ 70,180.66

(Report total also on Summary of Schedules)

B6G
(12/03)

In re Youngblood, Joshua, Lee_____ ,          Case No._____
                        Debtor                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
    State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    **NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Madison At Round Grove 201 E. Round Grove Rd. Lewisville, Texas 75067 | Unexpired lease - Apartment Lease Tenant, is not nonresidential real property |

B6H
(12/03)

In re _____ Youngblood, Joshua, Lee _____ ,        Case No. _____
                    **Debtor**                                            **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

FORM B6I
(12/03)

In re Youngblood,Joshua,Lee_____ ,                    Case No._____
        **Debtor**                                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Mortgage Loan Processor | |
| Name of Employer | MSG - The Mortgage Specialist Group | |
| How long employed | | |
| Address of Employer 2020 W. Northwest Hwy,Suite 112 Grapevine Texas,76051 | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,000.00 | $ _____ |
| Estimated monthly overtime | $ _____ | $ _____ |
| SUBTOTAL | $ 3,000.00 | $ _____ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (Specify: _____ ) | $ _____ | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ _____ | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,000.00 | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ | $ _____ |
| Social security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income (Specify) _____ _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| TOTAL MONTHLY INCOME | $ 3,000.00 | $ _____ |

TOTAL COMBINED MONTHLY INCOME        $_____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(12/03)

In re <u>Youngblood,Joshua,Lee</u> ,       Case No._____
       **Debtor**                                     **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ <u>700.00</u> |
| Are real estate taxes included?          Yes _____  No <u>✓</u> | |
| Is property insurance included?          Yes _____  No <u>✓</u> | |
| Utilities     Electricity and heating fuel | $ <u>125.00</u> |
|   Water and sewer | $ <u>25.00</u> |
|   Telephone | $ <u>90.00</u> |
|   Other <u>Internet 20.00/ Student Loan 50.00</u> | $ <u>70.00</u> |
| Home maintenance (repairs and upkeep) | $ <u>30.00</u> |
|  Food | $ <u>250.00</u> |
| Clothing | $ <u>50.00</u> |
| Laundry and dry cleaning | $ <u>50.00</u> |
| Medical and dental expenses | $ <u>60.00</u> |
| Transportation (not including car payments) | $ <u>200.00</u> |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ <u>65.00</u> |
| Charitable contributions | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|  Homeowner's or renter's | $ <u>10.00</u> |
|  Life | $ _____ |
|  Health | $ <u>120.00</u> |
|  Auto | $ <u>120.00</u> |
|  Other _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) <u>Taxes - Self Employment</u> | $ <u>550.00</u> |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|  Auto | $ <u>300.00</u> |
|  Other <u>Tax Repayment</u> | $ <u>50.00</u> |
|  Other <u>Probation fee</u> | $ <u>110.00</u> |
| Alimony, maintenance, and support paid to others | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| Other _____ | $ _____ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $2,975.00 |

Form 7
(12/03)

**FORM 7. STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

Eastern                    **DISTRICT OF**                  Texas

In re:  Youngblood, Joshua, Lee                ,        Case No. _____
        (Name)                                                        (if known)
                        Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 25,500.00 | 2004 - Employment |
| 2002 - $17,000.00 | Employment |
| 2003 - $30,000.00 | Employment |

2

**2.  Income other than from employment or operation of business**

None       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the
debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a
joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

AMOUNT                                                          SOURCE

---

**3.  Payments to creditors**

None      a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than
$600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME OF CREDITOR                          DATE OF PAYMENT        AMOUNT           BALANCE

---

None      b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the
benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None      a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Hooper,David Representing Echo Keen Systems, LP vs Joshua | Default Judgement | Justice Court Precint 1 Titus | Judgement in the |
| White, James Larry vs Joshua | Default Judgement | Justice Court Precint 1, Titus | Judgement in the |
| Steele, Dee Nugent vs Joshua | Default Judgement | Justice Court, Precinct 1, Titus | Judgement in the |
|  | Default Judgement | Justuce Court Precinct 1, Titus | Judgement in the |

3

 None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5.  Repossessions, foreclosures and returns**

 None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6.  Assignments and receiverships**

 None  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

4

## 7. Gifts

None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lemke And Pederson Attorneys at Law 201 S. McDonald St., Ste. E McKinney, | May 1, 2004 | Consultation about bankruptcy: 200.00 |
| Bankruptcy First Law Firm PO BOX 2617 St. George, Utah 84770 | September 17, 2004 | Consultation about bankruptcy: 149.00 |

## 10. Other transfers

None

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

**11. Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

### 15. Prior address of debtor


None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                         DATES OF OCCUPANCY

---

### 16. Spouses and Former Spouses


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---


None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF       ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE        LAW

---


None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF       ENVIRONMENTAL

7

AND ADDRESS        OF GOVERNMENTAL UNIT        NOTICE        LAW

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS             DOCKET NUMBER             STATUS OR
OF GOVERNMENTAL UNIT                                   DISPOSITION

---

**18 . Nature, location and name of business**

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

---

None
☑

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ☑  a.   List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None ☑  b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☑  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ☑  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                DATE ISSUED

**20. Inventories**

None ☑  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ☑  b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                              NAME AND ADDRESSES OF CUSTODIAN
                                                              OF INVENTORY RECORDS

9

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☑   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                          NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE                  OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ☑   a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                DATE OF WITHDRAWAL

None ☑   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                  DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                            AMOUNT OF MONEY
OF RECIPIENT,                       DATE AND PURPOSE       OR DESCRIPTION
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL          AND VALUE OF PROPERTY

Case 04-44903   Doc 1-1   Filed 10/18/04   Entered 10/19/04 15:10:59   Desc Main
Document.   Page 43 of 46

10

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION NUMBER

---

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date X _10/18/04_____   Signature X _____
                          of Debtor

Date X _____   Signature X _____
                          of Joint Debtor
                          (if any)

---

*[If completed on behalf of a partnership or corporation]*   Not Applicable

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature _____

                          _____
                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

-----------------------------------------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable
_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

114-1

Form B8 (Official Form 8)
(12/03)

# UNITED STATES BANKRUPTCY COURT

<u>Eastern</u> **District of** <u>Texas</u>

In re <u>Youngblood, Joshua, Lee</u>_____,            Case No._____
           Debtor                                                                        (If known)

## INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

**Description of Property**                                    **Creditor's name**

   b. *Property to Be Retained*                              *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1998 Toyota Camry | Mitch and Geri Carter | | | Yes |

Date:X *10/18/04*

X _____
Signature of Debtor

----

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

<u>Not Applicable</u>
Printed or Typed Name of Bankruptcy Petition Preparer             Social Security No.

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.    Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.    Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.    After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

10/18/04
Date

Signature of Debtor

Case Number