**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court

### Eastern District of Texas
**Case No. <u>04–44903</u>**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Joshua Lee Youngblood
POB 92331
Southlake, TX 76092

Social Security No.:
xxx–xx–5663

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR


It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).



BY THE COURT


Dated: <u>2/9/05</u>                                 <u>Brenda T. Rhoades</u>
                                                          United States Bankruptcy Judge



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0540-4          User: kempj              Page 1 of 2           Date Rcvd: Feb 09, 2005
Case: 04-44903               Form ID: B18              Total Served: 81
```

The following entities were served by first class mail on Feb 11, 2005.

```
db        +Joshua Lee Youngblood,   POB 92331,   Southlake, TX 76092-0103
tr        +Mark Weisbart,   Kessler, Collins P.C.,   5950 Sherry Lane,   Suite 222,   Dallas, TX 75225-6536
ust       +US Trustee,   Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
3882965   +ACS/CLO College Loan,   501 Bleekker St.,   Utica, NY 13501-2401
3882966   +AEP SWEPCO,   P0 BOX 24404,   Canton, OH 44701-4404
3882967   +AFN I-Bloom,   P.O. Box 3427,   Bloomington, IL 61702-3427
3882969   +APS,   P.O. Box 705,   Jenkintown, PA 19046-7105
3882971   +ATT Wireless,   3201 Qual Spring Pkwy St.,   Oklahoma City, OK 73134-2611
3882973   +AWA Collection,   P.O. Box 6605,   Orange, CA 92863-6605
3882968   +American Southwest Insurance Mgrs. Inc.,   P0 BOX 701749,   Dallas, TX 75370-1749
3882972   +Attention LLC-OTH,   P.O. Box 2408,   Sherman, TX 75091-2408
3882974   +Bankruptcy First Law Firm,   P0 BOX 2617,   St. George, UT 84771-2617
3882975    Blockbuster-91 501,   2200 Airport Fwy,   Suite 470,   Bedford, TX, 76022-6048
3882976    Budget Living,   P.O. Box 50048,   Boulder, CO, 80322-0048
3882977   +CBCS/MCI Communications,   236 E. Town St.,   Columbus, OH 43215-4633
3882978   +CBE Group,   131 Towe Park Dr. Ste. 1,   Waterloo, IA 50701-9374
3882979   +CCB,   P.O. Box 5010 Rm.1242,   Concord, CA 94524-0010
3882981   +CNACTX106,   2300 W. Ferguson Rd.,   Mt. Pleasant, TX 75455-2932
3882989   +CSS, Inc.,   23220 Chagrin Blvd.,   Ste 400,   Cleveland, OH 44122-5433
3882980    Chevron Credit,   P0 BOX 2001,   Concord, CA, 94529-0001
3882982    Comcast,   P0 BOX 650210,   Dallas, TX, 75265-0210
3882983   +Compucredit,   4190 Harrison Ave.,   Cincinnati, OH 45211-4546
3882984   +Consultants in Radiology, P.A.,   1101 Sixth Avenue,   Fort Worth, TX 76104-4396
3882985   +Coppell Emergency Care Center,   651 N. Denton Tap Road,   Suite 150,   Coppell, TX 75019-7937
3882986   +Credit Collection Services,   Two Wells Avenue,   Newton, MA 02459-3246
3882987    Credit Protection Assoc/Hollywood Video,   1355 Noel Road,   Ste 2100,   Dallas, TX, 75240
3882988    Credit Protections Assoc.,   1355 Noel Rd.,   Dallas, TX, 75240
3882990   +DB RMS,   P.O. Box 523,   Richfield, OH 44286-0523
3882991    DB RMS,   P0 BOX 12850,   Tuscon, AZ, 85732-2850
3882992   +ETMC Pittsburg,   414 Quitman St.,   Pittsburg, TX 75686-1032
3882993    First Choice Power,   P0 BOX 901088,   Fort Worth, TX, 76101-2088
3882994   +First National Bank Mann,   P.O. Box 98875,   Las Vegas, NV 89193-8875
3882996   +GMAC,   P0 BOX 83,   Garden City, NY 11530-0083
3882995   +GMAC,   P.O. Box 83,   Garden City, NY 11530-0083
3882997   +Greenmountain Energy,   P0 BOX 42349,   AUSTIN, TX 78704-0040
3882998   +Guaranty Bank,   P.O. Box 1158,   Mt. Pleasant, TX 75456-1158
3882999    Harris Methodist H.E.B.,   6000 Western Place,   Suite 540,   Fort Worth, TX, 76107-4660
3883000   +Hibernia National Bank,   DDA Recovery,   P0 BOX 61077,   New Orleans, LA 70161-1077
3883001   +Hooper and David/Echo Publishing,   114 N. Jefferson,   Mt. Pleasant, TX 75455-3931
3883002   +Insurance Solutions,   919 N. Greer Blvd.,   Pittsburg, TX 75686-1181
3883004   +Jbbyrider,   2300 W. Ferguson Rd.,   Mt. Pleasant, TX 75455-2932
3883005   +Keen Systems, LP,   2300 W. Ferguson Rd.,   Mt. Pleasant, TX 75455-2932
3883006   +Leasecomm Corp.,   950 Winter St.,   Waltham, MA 02451-1424
3931006   +Madison At Round Grove,   201 E. Round Grove Rd.,   Lewisville  TX 75067-3886
3883007   +Marlin Int/COMPUSA,   P.O. Box 8529,   Philadelphia, PA 19101-8529
3883008   +Medical Payment Data,   P.O. Box 1480,   Lone Star, TX 75668-1480
3883009   +Metro Communication Systems, Inc.,   P0 BOX 1267,   Grapevine, TX 76099-1267
3883010   +Mitch and Geri Carter,   P.O. Box 788,   Pittsburg, TX 75686-0788
3883013   +NCO Financial,   515 Pennsylvania Ave.,   Fort Washington, PA 19034-3303
3883014   +NCO Financial Systems, Inc.,   P0 BOX 41417,   DEPT 99,   Philadelphia, PA 19101-1417
3883015   +NCO Financial/MCI,   507 Prudential Rd.,   Horsham, PA 19044-2368
3883012   +National Cash Advance,   2419 Kirkwood Hwy,   Wilmington, DE 19805-4906
3883016   +Nextcard/Global Acceptance,   5840 Interstate 20 W. Ste.250,   Arlington, TX 76017-1095
3883017   +North East Texas CU,   P.O. Box 1480,   Lone Star, TX 75668-1480
3883018   +Northern Leasing Systems, Inc.,   P0 BOX 7861,   New York, NY 10116-7861
3883019   +Northridge Apartments,   2104 Wilson Dr,   Apt# 1005,   Mount Pleasant, TX 75455-2223
3883020    OSI Collection Service, Inc.,   P0 BOX 6110,   Westerville, OH, 43086-6110
3883021   +Palisade Collections/ATT,   2425 Commerce Ave. Ste. 10,   Duluth, GA 30096-4980
3883022    Penn Credit Corporation,   P.O. Box 988,   Harrisburg, PA, 17108-0988
3883023   +Pittsburg Veterinary Clinic,   203 N. Greer Blvd.,   Pittsburg, TX 75686-1116
3883024   +Portfolio,   120 Corporate Blvd. Ste. 100,   Norfolk, VA 23502-4962
3883025    Professional Recovery Consultants, Inc.,   P.O. Box 51187,   Durham, NC, 27717-1187
3883028   +Quikpayday,   87 East 1400 North,   Logan, UT 84341-2354
3883029   +Risk Mgt. JXJR/ATT,   2675 Breckingridge Blvd.,   Duluth, GA 30096-4971
3883030   +Risk Mgt./ Southwestern,   2675 Breckingridge Blvd.,   Duluth, GA 30096-4971
3883031    S and A Srv. of Watertown,   167 POL St.,   Watertown, MA, 13601
3883032   +Sarma,   1801 Broadway St.,   San Antonio, TX 78215-1227
3883033   +Schreiber and Assoc/Providian,   65 Flag ship Dr.,   North Andover, MA 01845-6103
3883034   +Southtrust Bank,   P0 BOX 2233,   Birmingham, AL 35201-2233
3883035   +Steele, Dee Nugent,   P.O. Box 691,   Omaha, TX 75571-0691
3883038   +USAA Federal Savings Bank,   P.O. Box 659464,   San Antonio, TX 78265-9464
3883036   +United Legal Corp.,   9000 Regency Square Blvd.,   Suite 1,   Jacksonville, FL 32211-8102
3883037   +University of Phoenix,   4615E. EIwood St. FL3,   Phoenix, AZ 85040-1908
3883040   +WFNNB/ Bealls,   P.O. Box 64,   Jacksonville, TX 75766-0064
3883041   +White, James Larry,   RT. 9 Box 211,   Mt. Pleasant, TX 75455-9212
3883042    World Finance,   648 5. Jefferson,   Mount Pleasant, TX, 75455
3883043   +World Finance Corp.,   134 W. Jefferson Blvd.,   Dallas, TX 75208-4507
```

```
District/off: 0540-4          User: kempj           Page 2 of 2            Date Rcvd: Feb 09, 2005
Case: 04-44903               Form ID: B18           Total Served: 81
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Feb 10, 2005 and receipt of the transmission
was confirmed on:
```
3882970   +EDI: ARROW.COM Feb 10 2005 06:47:00     Arrow Financial,   5996 W. Touhy Ave.,
             Niles, IL 60714-4610
3883003   +EDI: IRS.COM Feb 10 2005 06:47:00       Internal Revenue Service,   Austin, TX 73301-0001
3883026   +EDI: PROVID.COM Feb 10 2005 06:48:00    Providian,   P.O. Box 9007,   Pleasanton, CA 94566-9007
3883034   +EDI: FUNBST.COM Feb 10 2005 06:48:00    Southtrust Bank,   PO BOX 2233,   Birmingham, AL 35201-2233
3883039   +EDI: AFNIVERIZONE.COM Feb 10 2005 06:47:00    Verizon,   Receivables Management,
             1135 E. Chocolate Ave,   Hershey, PA 17033-1220
                                                                                         TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3883011*  +Mitch and Geri Carter,   P.O. Box 788,   Pittsburg, TX 75686-0788
3883027*  +Providian,   P.O. Box 9007,   Pleasanton, CA 94566-9007
                                                                                     TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2005**                          **Signature:**   _Joseph Speetjens_